AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| TONI R. PENNEWELL,<br>    Plaintiff<br><br>    V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE    1:12-CV-01921-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>  GRANTED.

    <u>X</u>  The clerk is directed to file the complaint.

    <u>X</u>  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this  __28th__  day of  _____November_____, __2012__.

                                                    /s/ Barbara A. McAuliffe
                                                  Signature of Judicial Officer

                                        BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                                    Name and Title of Judicial Officer