BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TONI R. PENNEWELL,<br><br>    Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No. 1:12-cv-01921-BAM<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO LODGE CERTIFIED ADMINISTRATIVE RECORD |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to lodge the certified administrative record. Defendant requires this additional time because the certified administrative record has not been prepared yet. The Court Case Preparation and Review Branch (CCPRB) of the Office of Disability Adjudication and Review is now preparing a certified administrative record for

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

filing, but Defendant requires additional time for this preparation before filing the answer and administrative record.

The current due date is April 18, 2013; the new due date will be May 20, 2013.  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

Respectfully submitted,

Dated: April 2, 2013        */s/ Kelsey Mackenzie Brown*
                             KELSEY MACKENZIE BROWN
                             (as authorized via email)

                             Attorney for Plaintiff


                             BENJAMIN B. WAGNER
                             United States Attorney

Date: April 3, 2013          By *s/ Daniel P. Talbert*
                             DANIEL P. TALBERT
                             Special Assistant U. S. Attorney
                             Attorneys for Defendant

## ORDER

The above Stipulation of the parties is approved.  Defendant shall have a first extension of time of 30 days to lodge the certified administrative record.

IT IS SO ORDERED.

Dated:   **April 10, 2013**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE