BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
          Social Security Administration
          160 Spear Street, Suite 800
          San Francisco, CA 94105
          Telephone: (415) 977-8926
          Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TONI R. PENNEWELL, | ) Case No. 1:12-cv-01921-BAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR A FIRST |
| v. | ) EXTENSION OF 30 DAYS FOR |
| | ) DEFENDANT TO LODGE CERTIFIED |
| CAROLYN W. COLVIN, Acting | ) ADMINISTRATIVE RECORD |
| Commissioner of Social Security,[1] | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel

of record, that Defendant shall have a first extension of time of 30 days to lodge the certified

administrative record.  Defendant requires this additional time because the certified administrative

record has not been prepared yet.  The Court Case Preparation and Review Branch (CCPRB) of the

Office of Disability Adjudication and Review is now preparing a certified administrative record for

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to
continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
U.S.C. § 405(g).

1

filing, but Defendant requires additional time for this preparation before filing the answer and administrative record.

The current due date is April 18, 2013; the new due date will be May 20, 2013.  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

Respectfully submitted,

Dated: April 2, 2013                              */s/ Kelsey Mackenzie Brown*
                                                            KELSEY MACKENZIE BROWN
                                                            (as authorized via email)

                                                            Attorney for Plaintiff


                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

Date: April 3, 2013                        By *s/ Daniel P. Talbert*
                                                            DANIEL P. TALBERT
                                                            Special Assistant U. S. Attorney
                                                            Attorneys for Defendant


## ORDER

The above Stipulation of the parties is approved.  Defendant shall have a first extension of time of 30 days to lodge the certified administrative record.




IT IS SO ORDERED.

   Dated:   __**April 10, 2013**__                        ____/s/ *Barbara A. McAuliffe*_____
                                                            UNITED STATES MAGISTRATE JUDGE


2