BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TONI PENNEWELL, | CASE NO. 1:12-cv-01921-BAM |
|     Plaintiff, | STIPULATION AND ORDER |
| vs. | TO REDACT CERTIFIED |
| | ADMINISTRATIVE RECORD |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security, | |
|     Defendant.[1] | |

The parties hereby stipulate, by and through their undersigned counsel, that:

1) Page 27 of the Certified Administrative Record is a confidential record pertaining to an individual other than Plaintiff.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Prop. Order for EAJA Fees                                        1

    2) Page 27 will be removed from the Certified Administrative Record and from all copies of the Record, and destroyed by Plaintiff's attorney, the Assistant United States Attorney and Special Assistant United States Attorney, and Court staff.

    3) Page 27 of the Certified Administrative Record, mistakenly included in the Record, will not be disclosed to anyone.

    4) The inadvertent inclusion of page 27 in the Certified Administrative Record will not be a basis for a claimed error.

    Respectfully submitted June 19, 2013.

DATED: June 19, 2013        *s/ Kelsey Mackenzie Brown*
                                    KELSEY MACKENZIE BROWN
                                    (as authorized by email)

                                    Attorney for Plaintiff

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: June 19, 2013      By   *s/ Daniel P. Talbert*
                                      DANIEL P. TALBERT
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

<ins>ORDER</ins>

  Pursuant to stipulation, it is so ordered for the page in the Record in case number 1:12-cv-01921-BAM.

IT IS SO ORDERED.

Dated:  **June 20, 2013**        /s/ *Barbara A. McAuliffe*
                 UNITED STATES MAGISTRATE JUDGE