1  BENJAMIN B. WAGNER
United States Attorney
2  DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
Social Security Administration
4  JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
5        Social Security Administration
6        333 Market St., Suite 1500
      San Francisco, CA  94105
7        Telephone: (415) 977-8939
      Facsimile: (415) 744-0134
8        Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| TONI R. PENNEWELL, | ) | No. 1:12-CV-01921-BAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **FIRST EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because this case was recently reassigned from a different attorney in the office and because he has just returned from a preplanned family vacation to the east coast.

1

The new due date for Defendant's motion for summary judgment will be Wednesday, October 9, 2013.

Respectfully submitted,

Date: _September 10, 2013_     DELLERT BAIRD LAW OFFICES, PLLC

By:  _/s/ Kelsey Mackenzie Brown*_
KELSEY MACKENZIE BROWN
*By email authorization on September 9, 2013*
Attorney for Plaintiff

Date: _September 10, 2013_     BENJAMIN B. WAGNER
United States Attorney

By:  _/s/ Jeffrey Chen_
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based on the stipulation of the parties and for good cause shown, Defendant shall have an extension of 30 days to file her motion for summary judgment, up to and including **October 9, 2013.**

IT IS SO ORDERED.

Dated:  **September 13, 2013**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2